REC'D SEP 15 2025

## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

Ernestine anna Vega
DOB - 5-19-82
Last 4 digit SSN. 5452

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Ernestine anna Vega
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Temple University
Hospital

3401. N. Broad Street
Phila PA 19140

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Ernestine Anna Vega
           Street Address    3047 N Water St
           County, City      Phila PA 19134
           State & Zip Code
           Telephone Number  445-305-8046

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Michael A. Young President and CEO
Street Address: 3401 N. Broad Street
County, City:
State & Zip Code: Phila, PA 19140

Defendant No. 2
Name: Abhinav Rastogi - Presiden-CEO
Street Address: 3401 N Broad Street
County, City:
State & Zip Code: Phila, PA 19140

Defendant No. 3
Name: Temple University Health System
Street Address: 3401 N. Broad Street
County, City:
State & Zip Code: Phila, PA 19140

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   Q Federal Questions        Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Philadelphia__

Defendant(s) state(s) of citizenship __philadelphia__

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? I went to OBGYN Doctor Because i want geting pregnant I ask temple to doultresounds and MRI and came Back my Right ovary was missing left side hadecyst that eruptured leak fluid into my tub. I cant get pregnat on my own

B. What date and approximate time did the events giving rise to your claim(s) occur? when I hade several differnt Doctorors tell my all same Results that my right ovary was miss ih left side couldnt work, Due to there surgery

C. Facts: [What happened to you?] I agreed on surgery that the doctor told me he was going to make one small incision to put only a camera inside of my stomach just to look around to make sure I wasnt leaking bowel movement from my intestines inside of my belly he promised he wouldnt remove anything without my permission. he had drew my blood to check my blood type

[Who did what?] When I woke up out of the surgery he shook my hand and told my that my ovary were fine also said my kidneys were fine and all of my organs were in best health and that I was going to be a healthy woman and that he was keeping me for 3 more days to give me antibiotics that everything was [Was anyone else involved?] normal and find I ask him why did I have two incisions he said dont worry you be find I only need it more space to look around that nothing to worry about so I trusted hem but all along it was a lie one incision was for the laparoscopic surgery to see how to remove my right ovary- which cost my body to lose lots of estrogen [Who else saw what happened?] that started forming cyst in my body A cyst on my left ovary form. alos in both of my breast also all over my head, face and other part of my body my body started to age faster with low estrogen wich worsen my bipolar disorder impacting my mood - sex lifestyle of happness it change my hole life I begin to get mood swings stress

Rev. 10/2009

- 3 -


IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. However a sudden loss of hormones after ovary removal i had side effects like menopausal mood changes sebaceous cysts stated to happen on both of my breast I hade, it surgical removed off my brest my left ovary got a larg cyst on Left ovary that cause me pain when ever i hade sex the cyst busted leakin fluid into my left tubs cost me neve to have a baby through natural intercourse I became highly depress my mental health health need professional help I felt suicidle in and out of mental hospalos Anxity to depressing treatment develop kidney stones from takeing medications for depression

V.     Relief: got hooked on street drugs because of my depression.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want to be compensasted for my pain and suffering I feel like I have hade my eggs sold on the black market for millions of dollars in thousands of kid all over new york and the US I believe celebrities have my kids my mind's exhausted and I'am asking for 2 billion dollares for my pain and suffering I dated billionaires who I left because they wanted kid I have proof throw tex messages and ever man that I have dated have left me when I could give them a child it cost me my marriage of 15 year I can not keep a stable relationship this is my gene line that was mess up because what this hospital did and ask for 2 billion dollares I still have to go throu surgeries because of this I'am highly depress in can't worke I getting SSI to survive and if I ever did get pregnant it could kill me I am 43 please under my pain.

Rev. 10/2009      -4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Sep day of Sep 15-2025, 20 25.

Signature of Plaintiff: Ernestine Anna Vega
Mailing Address: 3047 N Water St
Phila PA 19134

Telephone Number: 445 305 8046
Fax Number (if you have one): _____
E-mail Address: _____

e-mail → 1313Bernestine.annavega@1313@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number: _____

1313ernestine.annavega1313@gmail.com