IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNESTINE ANNA VEGA,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-5280** |
| | : | |
| **TEMPLE UNIVERSITY** | : | |
| **HOSPITAL,** *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 26th day of January, 2026, upon consideration of Plaintiff Ernestine Anna Vega's Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and without leave to amend.

2. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**